## LUTES v STATE

Ohio Appeals, 1st Dist, Hamilton Co
Decided Jan 13, 1930

For full opinion see 174 NE 745; 37 Oh Ap 353 (Oh Bar 3-24-31).